IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01231-MSK-KLM

AMER GARSARK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#20)**.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 28th day of August, 2014.

                    **BY THE COURT:**

                    *Marcia S. Krieger*
                    _____

                    Marcia S. Krieger
                    Chief United States District Judge